IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DERICK DEVON HAYNES, § § Plaintiff, § § v. § § UNITED STATES OF AMERICA, § § Defendant. § § | Civil Action No. 3:07-CV-1032-M (3:03-CR-372-R) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On December 17, 2007 United States Magistrate Judge Wm. F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections on January 14, 2008, having previously sought an extension of time to file such objections. Judge Reed O'Connor denied that motion for extension as moot on January 4, 2008. The Court reconsiders that Order and grants the extension, and treats the January 14, 2008, objections as timely. On January 14, 2008, the Plaintiff also filed a Motion to Amend to add new claims [doc #14]. The Motion to Amend is hereby referred to Magistrate Judge Sanderson for supplemental recommendations. The Court will consider those objections along with Magistrate Judge Sanderson's Findings, Conclusions and Recommendation of December 17, 2007.

**SO ORDERED** this 30th day of January, 2008.

_____
**BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**